1   **HEFNER, STARK & MAROIS, LLP**
2   Thomas P. Griffin, Jr., Esq. (SBN 155133)
         tgriffin@hsmlaw.com
3   2150 River Plaza Drive, Suite 450
4   Sacramento, CA  95833
    Telephone: 916.925.6620
5   Facsimile: 916.925.1127

6
    **ABRAMS FENSTERMAN, LLP**
7   Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
         sberman@abramslaw.com
8   3 Dakota Drive, Suite 300
9   Lake Success, NY 11042
    Telephone: 516.328.2300
10  Facsimile: 516.328.6638
11
    Attorneys for Plaintiffs
12  YELLOWCAKE, INC. and LATIN POWER MUSIC USA, LLC
13
14              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
15

16  YELLOWCAKE, INC., a California ) **Case No.:  1:22 cv-01109-AWI-BAM**
    corporation and LATIN POWER )
17  MUSIC USA, LLC, a California ) **ORDER GRANTING**
    limited liability company, ) **STIPULATION TO EXTEND TIME**
18                              ) **FOR DEFENDANT UNIVERSAL**
                                ) **MUSIC GROUP, INC. TO**
19          Plaintiffs,         ) **RESPOND TO PLAINTIFFS'**
                                ) **COMPLAINT**
20          v.                  )
                                )
21                              )
    UNIVERSAL MUSIC GROUP, INC., )
22  UNIVERSAL MUSIC LATIN )
    ENTERTAINMENT, DISA LATIN ) Complaint Filed:  August 31, 2022
23  MUSIC, UNIVERSAL MUSIC )
    PUBLISHING GROUP, VICTOR )
24  GONZALEZ, ANTONIO SILVA, )
    CORPORATIVO LATIN POWER )
25  MUSIC SA DE CV and JOSE )
26  SERRANO MONTOYA, )
27                              )
            Defendants.         )
28                              )

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT**
**UNIVERSAL MUSIC GROUP, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450

**ORDER**

On August 31, 2022, Plaintiffs Yellowcake, Inc. and Latin Power Music USA, LLC ("Plaintiffs") filed their complaint against Defendants Universal Music Group, Inc., Universal Music Latin Entertainment, Disa Latin Music, Universal Music Publishing Group, Victor Gonzalez, Antonio Silva, Corporativo Latin Power Music SA de CV, and Jose Serrano Montoya ("collectively, "Defendants"). (Doc. 1.) On September 29, 2022, the summons and complaint were personally served upon Defendant Universal Music Group, Inc. (Doc. 5.) On December 1, 2022, counsel for Defendant Universal Music Group, Inc. filed a notice of appearance. (Doc. 7.) Plaintiffs and Defendant Universal Music Group, Inc. now stipulate to extend Defendant Universal Music Group, Inc.'s time to respond. (Doc. 10.)

Having read and considered Plaintiffs' and Defendant Universal Music Group, Inc.'s Stipulation to Extend Time for Defendant Universal Music Group, Inc. to Respond to Plaintiffs' Complaint, and there appearing to be good cause for same, the Court hereby ORDERS:

Defendant Universal Music Group, Inc. shall have until January 20, 2023 to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **December 7, 2022**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450

2

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT UNIVERSAL MUSIC GROUP, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**