**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation and LATIN POWER MUSIC USA, LLC, a California limited liability company,<br><br>Plaintiffs,<br>v.<br><br>UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC LATIN ENTERTAINMENT, DISA LATIN MUSIC, UNIVERSAL MUSIC PUBLISHING GROUP, VICTOR GONZALEZ, ANTONIO SILVA, CORPORATIVO LATIN POWER MUSIC SA DE CV and JOSE SERRANO MONTOYA,<br><br>Defendants. | Case No.: 1:22-cv-1109-AWI-BAM<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT, EXTENSION OF TIME TO ANSWER FOR DEFENDANTS UNIVERSAL MUSIC LATIN ENTERTAINMENT, DISA LATIN MUSIC AND NEWLY NAMED DEFENDANT UMG RECORDINGS, INC. AND DISMISSAL OF CLAIMS AGAINST UNIVERSAL MUSIC GROUP, INC. AND UNIVERSAL MUSIC PUBLISHING GROUP** |

Having reviewed the stipulation to file amended complaint and extension of time to answer for Defendants Universal Music Latin Entertainment, Disa Latin Music, and the newly-named defendant UMG Recordings, Inc. ("Stipulation") filed by Plaintiffs Yellowcake, Inc. and Latin Power Music USA, LLC ("Plaintiffs") and Defendants Universal Music Group, Inc., Universal Music Latin Entertainment, Disa Latin Music, and Universal Music Publishing Group, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. Plaintiff shall file its amended complaint within twenty (20) days from the date hereof.

3. Defendants Universal Music Latin Entertainment, Disa Latin Music, and the newly-named defendant UMG Recordings, Inc. shall have forty-five (45) days from the date the amended complaint is filed in which to file a responsive pleading to Plaintiffs' amended complaint.

4. In light of Plaintiffs' voluntary dismissal of Defendants Universal Music Group, Inc. and Universal Music Publishing Group, the claims against these Defendants are terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). All Claims against Defendants Universal Music Group, Inc. and Universal Music Publishing Group shall be dismissed without prejudice.

5. The status conference set for February 6, 2023, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe remains on calendar.

IT IS SO ORDERED.

Dated:  **January 25, 2023**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE