

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

YELLOWCAKE, INC., a California corporation and
LATIN POWER MUSIC USA, LLC, a California
limited liability company,

                    Plaintiffs,                          Case No.: 1:22-cv-1109-JAM-CSK

          v.

UMG RECORDINGS, INC., UNIVERSAL MUSIC
GROUP MEXICO SA DE CV, UNIVERSAL MUSIC
LATIN ENTERTAINMENT, DISA LATIN MUSIC,
VICTOR GONZALEZ, ANTONIO SILVA,
CORPORATIVO LATIN POWER MUSIC SA DE
CV and JOSE SERRANO MONTOYA,

                    Defendants.

          I,  Seth L. Berman, attorney for Plaintiffs, Yellowcake, Inc. and Latin Power Music USA,

LLC, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

          My business address is:

Firm Name:    Abrams, Fensterman, LLP

Address:        3 Dakota Drive, Suite 300

City:              Lake Success

State:            New York        ZIP Code: 11042

Voice Phone:      (516) 328-2308

FAX Phone:        (516) 328-6638

Internet E-mail:    sberman@abramslaw.com

Additional E-mail:

I reside in City:    Long Beach  State:   New York

I was admitted to practice in the Appellate Division, Second Department on 2/3/2008, U.S.D.C. Southern District of New York on 6/25/2010, U.S.D.C. Eastern District of New York in 6/2010 and Second Circuit Court of Appeals on 2/11/2016.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have made no pro hac vice application to this Court within the preceding year.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Thomas P. Griffin, Jr.

Firm Name:   Hefner, Stark & Marois, LLP

Address:     2150 River Plaza Drive, Suite 450

City:        Sacramento

State:       California      ZIP Code: 95833

Voice Phone:  (916) 925-6620

FAX Phone:   (916) 925-1127

E-mail:      tgriffin@hsmlaw.com

Dated: October 15, 2024         Petitioner: _____

Seth L. Berman

**ORDER**

IT IS SO ORDERED.

Dated: __October 18, 2024__                     __/s/ John A. Mendez__
                                                JUDGE, U.S. DISTRICT COURT