DAVID A. STEINBERG (SBN 130593), das@msk.com
MITCHELL SILBERBERG & KNUPP, LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
UMG Recordings, Inc., Universal Music Latin
Entertainment, and Disa Latin Music

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation and LATIN POWER MUSIC USA, LLC, a California limited liability company,<br><br>              Plaintiffs,<br><br>       v.<br><br>UMG RECORDINGS, INC.,UNIVERSAL MUSIC LATIN ENTERTAINMENT, DISA LATIN MUSIC, UNIVERSAL MUSIC PUBLISHING GROUP, CORPORATIVO LATIN POWER MUSIC SA DE CV and JOSE SERRANO MONTOYA,<br><br>              Defendants. | CASE NO. 1:22-cv-01109-JAM-CSK<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND MODIFY THE SCHEDULING ORDER**<br><br>Hon. John A. Mendez<br><br>Filed:        08/31/2022<br>Trial Date: 05/12/2025 |

Mitchell
Silberberg &
Knupp LLP

20253278.1

**TO THE HONORABLE COURT:**

Plaintiffs Yellowcake , Inc. and Latin Power Music USA, LLC ("Plaintiffs") on the one hand, and Defendants UMG Recordings Inc. and its divisions Universal Music Latin Entertainment and Disa Latin Music (together, "UMG") on the other hand (collectively, the "Parties"), by and through their respective attorneys, hereby agree and stipulate as follows with reference to the following facts:

1. On October 8, 2024, Plaintiffs filed their Motion for Leave to File a Second Amended Complaint and Modify the Scheduling Order.  ECF 47 (the "Motion").  Plaintiffs noticed the Motion to be heard on November 12, 2024, at 1:00pm before the Honorable John A. Mendez.

2. UMG intends to oppose the Motion.  Presently, the Opposition is due on or before Tuesday, October 22, 2024.

3. Simultaneously, the Parties are continuing to discuss potential resolution of Plaintiffs' claims, which, if successful, may moot the Motion.

4. In the interest of judicial economy, and to allow the Parties the opportunity to focus on resolution, the Parties have agreed, subject to Court approval, to adjourn the hearing date of the Motion until **December 10, 2024** at 1:00 p.m.

5. To accommodate the Parties' schedules and certain preexisting commitments, the Parties have further stipulated and agreed to the following briefing schedule regarding the Motion:

- Opposition to be filed on or before **November 19, 2024;**
- Reply briefs to be filed on or before **November 26, 2024;**

6. All Parties reserve all rights in connection with the briefing and opposition of the Motion.

NOW THEREFORE, the Parties hereby agree and stipulate as follows:

1. The Hearing on Plaintiffs' Motion for Leave to File a Second Amended Complaint and Modify the Scheduling Order shall be adjourned to **December 10, 2024 at 1:00 p.m.**;

2. The Opposition to the Motion shall be filed on or before **November 19, 2024;**

1        3.      The Reply brief in support of the Motion shall be filed on or before **November 26,**

2  **2024**.

3        The Parties jointly request that the Court approve this Stipulation and enter an order

4  hereon, adjourning the hearing date and modifying the briefing schedule as set forth above.

5

6  DATED: October 20, 2024          Respectfully submitted,

7

8                            Seth L. Berman
                            ABRAMS FENSTERMAN, LLP

9

10                         By:/s/ Seth L. Berman

11                            Seth L. Berman
                            Attorney for Plaintiffs
                            Yellowcake, Inc. and Latin Power Music USA,

12                            LLC

13

14                         David A. Steinberg
                         MITCHELL SILBERBERG & KNUPP, LLP

15

16                         By:/s/ David A. Steinberg

17                            David A. Steinberg
                            Attorney for Defendants
                            UMG Recordings, Inc., Universal Music Latin

18                            Entertainment, and Disa Latin Music

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Stipulation Regarding Plaintiffs' Motion for Leave to File a Second Amended Complaint and Modify the Scheduling Order ("Stipulation"), and good cause appearing, the Court **APPROVES** the Stipulation, **CONTINUES** the hearing, and **MODIFIES** the briefing schedule on Plaintiffs' Motion for Leave to File a Second Amended Complaint and Modify the Scheduling Order (ECF No. 47) as follows:

- Any opposition shall be filed by **November 19, 2024;**
- Any reply brief shall be filed by **November 26, 2024;** and
- The hearing on Plaintiffs' motion (ECF No. 47), is **RESET** for **December 10, 2024, at 01:00 p.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui Federal Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: October 21, 2024            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE