# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation and LATIN POWER MUSIC USA, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> UMG RECORDINGS, INC., UNIVERSAL MUSIC LATIN ENTERTAINMENT, DISA LATIN MUSIC, VICTOR GONZALEZ, ANTONIO SILVA, CORPORATIVO LATIN POWER MUSIC SA DE CV and JOSE SERRANO MONTOYA, <br><br> Defendants. | **CASE NO. 1:22-cv-01109-JAM-CSK** <br><br> **ORDER** <br><br> Hon. John A. Mendez <br><br> Filed:        08/31/2022 <br> Trial Date: 09/15/2025 |

Pursuant to the Stipulation Regarding Plaintiffs' Motion For Leave to File a Second Amended Complaint and Modify the Scheduling Order (the "Stipulation"), submitted by the Parties herein, and good cause appearing therefore, the Court approves of the Stipulation and modifies the hearing and briefing schedule of Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF 47) as follows:

- Reply briefs to be filed on or before: December 10, 2024; and
- Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF 47) previously set for December 17th, 2024, **is RESET for January 24th, 2025, at 1:00 p.m.**

SO ORDERED.

Dated:  November 26, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Abrams Fensterman, LLP <br> 3 Dakota Drive, Suite 300 <br> Lake Success, NY 11042 <br> Phone: (516) 328-2300 / Fax: (516) 328-6638