1  DAVID A. STEINBERG (SBN 130593), das@msk.com
   ALEXANDRA L. ANFUSO (SBN 333440), ala@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Defendants
   UMG Recordings, Inc., Universal Music Latin
6  Entertainment, and Disa Latin Music

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

| 11 | YELLOWCAKE, INC., a California corporation and LATIN POWER MUSIC USA, LLC, a California limited liability company, | CASE NO. 1:22−CV−01109−JAM−CSK |
|---|---|---|
| 12 | | **STIPULATION TO CONTINUE THE FACT DISCOVERY CUT-OFF BY 40 DAYS** |
| 13 | | |
| 14 | Plaintiffs, | Hon. John A. Mendez |
| 15 | v. | Filed:      08/31/2022<br>Trial Date: 09/15/2025 |
| 16 | UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC LATIN ENTERTAINMENT, DISA LATIN MUSIC, UNIVERSAL MUSIC PUBLISHING GROUP, VICTOR GONZALEZ, ANTONIO SILVA, CORPORATIVO LATIN POWER MUSIC SA DE CV and JOSE SERRANO MONTOYA, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

**TO THE HONORABLE COURT:**

Plaintiffs Yellowcake, Inc. and Latin Power Music USA, LLC ("Plaintiffs") on the one hand, and Defendants UMG Recordings Inc. and its divisions Universal Music Latin Entertainment and Disa Latin Music (together, "UMG") on the other hand (collectively, the "Parties"), by and through their respective attorneys, hereby agree and stipulate as follows with reference to the following:

1. On October 8, 2024, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint and to Modify the Scheduling Order. ECF 47 ("Motion for Leave"). On December 20, 2024, Defendants Corporativo Latin Power Music SA de CV and Jose Serrano Montoya filed a Motion to Set Aside Clerk's Entry of Defaults. ECF 62 ("Motion to Set Aside the Default").

2. On Monday, January 6, 2025, the Court ordered that both motions shall be heard, <u>in person</u>, on January 21, 2025. ECF 69.

3. The outcome of those motions will determine whether up to three additional parties will be joined in this litigation.

4. The deadline to complete fact discovery is currently set for February 7, 2025. The parties have several depositions scheduled over the next three weeks, including the depositions of both Plaintiffs, as well as their principal, scheduled in advance of the January 21st hearing, beginning on January 13, 14, and 15, respectively, in Turlock, California.

5. Should the Court grant either the Motion for Leave or the Motion to Set Aside the Default, it is likely that Plaintiffs will have to sit for additional depositions in order to accommodate the newly-joined parties.

6. ***Additionally, the Southern California fires are creating substantial hardship. Lead counsel for UMG lives in Los Angeles, has already received an evacuation warning, and expects to receive evacuation orders at any moment. The current schedule anticipates and necessitates that counsel for UMG drive to Northern California (Turlock) this weekend for the depositions beginning on Monday. It would be devastating for lead counsel to be away from his home and family during this critical time.***

7. Therefore, the parties have agreed and hereby respectfully jointly request that the

Mitchell Silberberg & Knupp LLP

1 discovery cutoff date be continued for 40 days, to March 19, 2025.

2     8. The requested continuance will allow the Parties to receive the Court's ruling on the pending motions without prejudice to their ability to take or sit for depositions, and will not affect any other deadlines.

    9. In the event that the Court grants this request and denies the Motion for Leave and the Motion to Set Aside the Default, the Parties have agreed to reschedule the currently-noticed depositions, in the same order as currently noticed, before the updated discovery cut-off.

    10. The Parties contacted Courtroom Deputy M York to clear this continuance date, who instructed that the Parties file a Joint Stipulation for the Court's review and consideration.

**NOW THEREFORE**, the parties hereby agree and stipulate as follows:

    1. The discovery cut-off currently scheduled for February 7, 2025 shall be continued to **March 19, 2025**;

    2. All other deadlines shall remain unchanged.

The Parties jointly request that the Court approve this Stipulation and enter an Order hereon, continuing the discovery cut-off and modifying the Scheduling Order as set forth above.

Dated: January 10, 2025　　　　　　　ABRAMS FENSTERMAN, LLP

　　　　　　　　　　　　　　　　　　By:/s/ Seth L. Berman
　　　　　　　　　　　　　　　　　　    Seth L. Berman
　　　　　　　　　　　　　　　　　　    Attorney for Plaintiffs Yellowcake, Inc. and Latin Power Music USA, LLC

Dated: January 10, 2025　　　　　　　MITCHELL SILBERBERG & KNUPP LLP

　　　　　　　　　　　　　　　　　　By:/s/David A. Steinberg
　　　　　　　　　　　　　　　　　　    David A. Steinberg
　　　　　　　　　　　　　　　　　　    Alexandra L. Anfuso
　　　　　　　　　　　　　　　　　　    Attorneys for Defendants UMG Recordings, Inc., Universal Music Latin Entertainment, and Disa Latin Music

Dated: January 10, 2025              SINGH SINGH & TRAUBEN LLP

By: /s/Michael A. Trauben
Michael A. Trauben
Attorneys for Defendants Corporativo Latin Power Music SA de CV and Jose Serrano Montoya

### Attestation Regarding Signatures

I, David A. Steinberg, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 10, 2025              By:  /s/ David A. Steinberg
David A. Steinberg

### ORDER

Pursuant to the Stipulation to Continue the Discovery Cut-Off By 40 Days (the "Stipulation") submitted by the Parties herein, and good cause appearing therefore, the Court **APPROVES** of the Stipulation and **MODIFIES** the Scheduling Order as follows:

| Event | Deadline |
|---|---|
| Discovery Cutoff Date | **03/19/2025** |

All other deadlines and instructions contained in the July 22, 2024 Court Order (ECF No. 46) and the October 2, 2023 Pretrial Scheduling Order (ECF No. 42), as applicable, shall remain in effect.

IT IS SO ORDERED.

Dated: January 10, 2025              /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE