# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

YELLOWCAKE, INC., a California corporation and LATIN POWER MUSIC USA, LLC, a California limited liability company,

               Plaintiffs,

      v.

UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP MEXICO SA DE CV, UNIVERSAL MUSIC LATIN ENTERTAINMENT, DISA LATIN MUSIC, VICTOR GONZALEZ, ANTONIO SILVA, CORPORATIVO LATIN POWER MUSIC SA DE CV and JOSE SERRANO MONTOYA,

               Defendants.

**Case No.: 1:22-cv-1109-JAM-CSK**

**ORDER (ECF No. 86)**

Having read and considered Plaintiff's Motion to Extend Time for Service, for good cause shown, the motion is GRANTED. It is hereby ORDERED that the time to complete service of process shall be extended up to and including **December 31, 2025**.

    IT IS SO ORDERED.

Dated: June 03, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE